SCHWARTZ, LICHTENBERG LLP
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 389-7818
Barry E. Lichtenberg (BL 9750)
Attorneys for Gary Altman, Rhoda Brown,
The Estate of George Crethan, Saul Mildworm,
Jack Raskin, David Smith and Edward Yaker

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Hearing Date: _____
Time: _____

------------------------------------------------------------------x
In re:                                                            :   Chapter 7
                                                                  :
1ST ROCHDALE COOPERATIVE GROUP, LTD.                         :   Case No. 05-12086
(PCB)                                                             :
                                                                  :
                Debtor.                                           :
------------------------------------------------------------------x
ROBERT L. GELTZER, as Chapter 7 Trustee for 1ST              :   JURY TRIAL
ROCHDALE COOPERATIVE GROUP, LTD.,                                 :   <u>DEMANDED</u>
                                                                  :
                Plaintiff,                                        :
                                                                  :
GARY ALTMAN, RHODA BROWN, "JOHN DOE 1"                            :
AS EXECUTOR OR ADMINISTRATOR OF THE                               :
ESTATE OF GEORGE CRETHAN, SAUL                                    :
MILDWORM, JACK RASKIN, DAVID SMITH, "JOHN                         :   Adv. Pro. No. 07-1652
DOE 2" AS EXECUTOR OR ADMINISTRATOR OF                            :
THE ESTATE OF ALLEN THURGOOD, EDWARD                              :
YAKER, GREGORY WORTHAM and DAVID L.                               :
JOHNSON,                                                          :
                                                                  :
                Defendants.                                       :
------------------------------------------------------------------x

**NOTICE OF MOTION OF THE FORMER DIRECTORS FOR AN
ORDER PURSUANT TO 28 U.S.C. § 157 (d) WITHDRAWING THE
REFERENCE OF THIS ADVERSARY PROCEEDING
<u>FROM THE UNITED STATES BANKRUPTCY COURT</u>**

**PLEASE TAKE NOTICE,** that upon the annexed affirmation and supporting

papers (the "Motion"), defendants Gary Altman, Rhoda Brown, The Estate of George

Crethan, Saul Mildworm, Jack Raskin, David Smith and Edward Yaker (collectively, the

0114201-016

"Former Directors") will move before the assigned District Court Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, Court Room _____ on _____ _____, 2007 at _____ , or as soon thereafter as counsel can be heard, for an Order, pursuant to 28 U.S.C. §157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure, withdrawing the reference with respect to the above-captioned Adversary Proceeding as to the Former Directors.

**PLEASE TAKE FURTHER NOTICE**, that any objections to the relief sought in the Motion shall be made in writing, filed with the Bankruptcy Clerk's office and served on the undersigned so that it is received at least three days before the hearing date set by the District Court.

Dated: New York, New York
       September 5, 2007

                                    SCHWARTZ, LICHTENBERG LLP

                                    By:   /s/Barry E. Lichtenberg
                                        Barry E. Lichtenberg (BL 9750)

                                    420 Lexington Avenue, Suite 2400
                                    New York, New York 10170
                                     (212) 389-7818
                                    Attorneys for Defendants
                                        Gary Altman
                                        Rhoda Brown
                                        The Estate of George Crethan
                                        Saul Mildworm
                                        Jack Raskin
                                        David Smith
                                        Edward Yaker

TO:
Bryan Cave LLP
Attorneys for Chapter 7 Trustee
1290 Avenue of the Americas
New York, New York 10104
Attn: Robert A. Wolf, Esq.

Wander & Associates, P.C.
641 Lexington Avenue, 21st Floor
New York, New York 10022
Attn: David Wander, Esq.

Loeffler Tuggey Pauerstein Rosenthal LLP
755 E. Mulberry, Suite 200
San Antonio, Texas 78212
Attn: Jonathan D. Pauerstein, Esq.

United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10007