**MEMO ENDORSED**

Chin, 5.

SCHWARTZ, LICHTENBERG LLP
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 389-7818
Barry E. Lichtenberg (BL 9750)
Attorneys for Gary Altman, Rhoda Brown,
the Estate of George Crethan, Saul Mildworm,
Jack Raskin, David Smith and Edward Yaker

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

1ST ROCHDALE COOPERATIVE GROUP, LTD.

Debtor.

-------------------------------------------------------------x

ROBERT L. GELTZER, as Chapter 7 Trustee for 1ST ROCHDALE COOPERATIVE GROUP, LTD.,

Plaintiff,

GARY ALTMAN, RHODA BROWN, "JOHN DOE 1" AS EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF GEORGE CRETHAN, SAUL MILDWORM, JACK RASKIN, DAVID SMITH, "JOHN DOE 2" AS EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF ALLEN THURGOOD, EDWARD YAKER, GREGORY WORTHAM and DAVID L. JOHNSON,

Defendants.

-------------------------------------------------------------x

Chapter 7
Case No. 05-12086 (PCB)

Case No. 07-cv-7852(DC)

**STIPULATION AND ORDER PURSUANT TO 28 U.S.C. § 157(d)
GRANTING MOTION OF THE FORMER DIRECTORS AND WITHDRAWING
THE REFERENCE OF THIS ADVERSARY PROCEEDING FROM THE
UNITED STATES BANKRUPTCY COURT**

**BACKGROUND**

1. Robert L. Geltzer is the Chapter 7 Trustee (the "Trustee") of the estate of 1st Rochdale Cooperative Group, Ltd. ("1st Rochdale").

0114201-032

2. On or about March 28, 2007, the Trustee commenced an adversary proceeding by filing a complaint against former directors and officers of the Debtor (the "Complaint").

3. On or about September 5, 2007, Schwartz, Lichtenberg LLP, attorneys for defendants Gary Altman, Rhoda Brown, The Estate of George Crethan, Saul Mildworm, Jack Raskin, David Smith and Edward Yaker (collectively, the "Former Directors") filed a motion for an order dismissing the complaint (the "Dismissal Motion") and a motion for an order pursuant to 28 U.S.C. § 157(d) withdrawing the reference of this Adversary Proceeding from the United States Bankruptcy Court (the "Withdrawal of Reference Motion").

4. The Trustee's counsel has advised the Former Directors' counsel that the Trustee will consent to an order withdrawing the reference pursuant to the Withdrawal of the Reference Motion, upon the consent of such order by any other counsel who have appeared or filed an answer on behalf any other defendant in the Complaint (the "Remaining Counsel").

5. Counsel to the Former Directors has contacted Remaining Counsel and obtained their consent. As a result, the respective parties, as set forth below by their respective counsel, agree that the reference shall be withdrawn from the United States Bankruptcy Court.

**NOW, THEREFORE, IT IS HEREBY AGREED** by and between the parties as follows:

1. The reference of the above-captioned adversary proceeding shall be withdrawn forthwith from the United States Bankruptcy Court for the Southern District of New York to the United States District Court for the Southern District of New York (the "District Court"), Case no. 07-cv-7852(DC).

2. This Stipulation is subject to District Court order approving this Stipulation by having this Stipulation "so ordered."

3.  This Stipulation may be signed in multiple counterparts, and by facsimile, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute but one and the same instrument.

4.  This Stipulation may not be altered, modified, or changed unless in writing, and subject to appropriate order of the District Court.

[two signature pages to follow]

OCT. 1. 2007 3:53PM                                                NO. 2468   P. 2

Dated: New York, New York         SCHWARTZ, LICHTENBERG LLP
~~September~~ ___1___, 2007       Attorneys for Defendants Gary Altman, Rhoda Brown,
October                              The Estate of George Crethan, Saul Mildworm,
                                     Jack Raskin, David Smith and Edward Yaker

                                  By: _____/s/ Barry E. Lichtenberg_____
                                      Barry E. Lichtenberg (BL 9750)
                                  420 Lexington Avenue, Suite 2400
                                  New York, New York 10170
                                  Telephone: (212) 309-7818


Dated: New York, New York         BRYAN CAVE LLP
       October __1__, 2007        Counsel for Chapter 7 Trustee

                                  By: _____/s/ Robert A. Wolf_____
                                      Robert A. Wolf, Esq. (RW 3419)
                                  1290 Avenue of the Americas
                                  New York, New York 10104
                                  Telephone: (212) 541-2240


Dated: San Antonio, Texas         LOEFFLER TUGGEY PAUERSTEIN ROSENTHAL, LLP
       September _____, 2007      Attorneys for Defendant Gregory Westhan

                                  By: _____
                                      Jonathan D. Pauerstein (JP 0059)
                                  755 E. Mulberry, Suite 200
                                  San Antonio, Texas 78212
                                  Telephone: (210) 354-4300


Dated: New York, New York         WANDER & ASSOCIATES, P.C.
       September ____, 2007       Attorneys for Defendant David L. Johnson

                                  By: _____
                                      David Wander, Esq. (DW 0145)
                                  641 Lexington Avenue, 21st Floor
                                  New York, New York 10022
                                  Telephone: (212) 751-9700


01142401-052                            4

08/24/2007 15:57 FAX 210 354 4034    LOEFFLER TUSSEY ATTY    ☒002/002

| | |
|---|---|
| Dated: New York, New York<br>September ____, 2007 | SCHWARTZ, LICHTENBERG LLP<br>Attorneys for Defendants Gary Altman, Rhoda Brown,<br>The Estate of George Cretham, Saul Midtown,<br>Jack Rashke, David Smith and Edward Yaker<br><br>By: _____<br>    Barry R. Lichtenberg (BL 9750)<br>420 Lexington Avenue, Suite 2400<br>New York, New York 10170<br>Telephone: (212) 389-7818 |
| Dated: New York, New York<br>September ____, 2007 | BRYAN CAVE LLP<br>Counsel for Chapter 7 Trustee<br><br>By: _____<br>    Robert A. Wolf, Esq. (RW 3418)<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 541-2240 |
| Dated: San Antonio, Texas<br>September 24, 2007 | LOEFFLER TUSSEY FAULKENSTEIN ROSENTHAL LLP<br>Attorneys for Defendant Gregory Wortham<br><br>By: _[signature]_____<br>755 E Mulberry, Suite 200<br>San Antonio, Texas 78212<br>Telephone: (210) 354-4060 |
| Dated: New York, New York<br>September ____, 2007 | WANDER & ASSOCIATES, P.C.<br>Attorneys for Defendant David L. Johnson<br><br>By: _____<br>    David Wander, Esq. (DW 0145)<br>641 Lexington Avenue, 21st Floor<br>New York, New York 10022<br>Telephone: (212) 751-9700 |

0114391-032

4

| | |
|---|---|
| Dated: New York, New York<br>September ____, 2007 | SCHWARTZ, LICHTENBERG LLP<br>Attorneys for Defendants Gary Akman, Rhoda Brown,<br>The Estate of George Crethan, Saul Mildworm,<br>Jack Raskin, David Smith and Edward Yaker<br><br>By: _____<br>Barry R. Lichtenberg (BL 9750)<br>420 Lexington Avenue, Suite 2400<br>New York, New York 10170<br>Telephone: (212) 389-7818 |
| Dated: New York, New York<br>September ____, 2007 | BRYAN CAVE LLP<br>Counsel for Chapter 7 Trustee<br><br>By: _____<br>Robert A. Wolf, Esq. (RW 3419)<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 541-2340 |
| Dated: San Antonio, Texas<br>September ____, 2007 | LOEFFLER TUGGEY PAUERSTEIN ROSENTHAL LLP<br>Attorneys for Defendant Gregory Wortham<br><br>By: _____<br>Jonathan D. Pauerstein (JP 8959)<br>755 E. Mulberry, Suite 200<br>San Antonio, Texas 78212<br>Telephone: (210) 354-4300 |
| Dated: New York, New York<br>September 24, 2007 | WANDER & ASSOCIATES, P.C.<br>Attorneys for Defendant David L. Johnson<br><br>By: /s/ D. Wander<br>David Wander, Esq. (DW 0145)<br>641 Lexington Avenue, 21st Floor<br>New York, New York 10022<br>Telephone: (212) 751-9700 |

0114201-032

4

SO ORDERED:

Dated: New York, New York
October 10, 2007

_____
HONORABLE DENNY CHIN
UNITED STATES DISTRICT COURT JUDGE