| | |
|---|---|
| SCHWARTZ, LICHTENBERG LLP<br>420 Lexington Avenue, Suite 2400<br>New York, New York 10170<br>(212) 389-7818<br>Barry E. Lichtenberg (BL 9750)<br>Attorneys for Gary Altman, Rhoda Brown,<br>The Estate of George Crethan, Saul Mildworm,<br>Jack Raskin, David Smith and Edward Yaker | Hearing Date:<br>Time: |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:                                                                                  :  (Chapter 7
                                                                                              :  Case No. 05-12086 (PCB))
1ST ROCHDALE COOPERATIVE GROUP, LTD.                   :
                                                                                              :
                        Debtor.                                                         :
------------------------------------------------------------------x
ROBERT L. GELTZER, as Chapter 7 Trustee for 1ST       :
ROCHDALE COOPERATIVE GROUP, LTD.,                          :
                                                                                              :
                        Plaintiff,                                                      :
                                                                                              :
GARY ALTMAN, RHODA BROWN, "JOHN DOE 1"      :  **07 CV 7852 (DC)**
AS EXECUTOR OR ADMINISTRATOR OF THE          :
ESTATE OF GEORGE CRETHAN, SAUL                       :
MILDWORM, JACK RASKIN, DAVID SMITH, "JOHN :
DOE 2" AS EXECUTOR OR ADMINISTRATOR OF     :
THE ESTATE OF ALLEN THURGOOD, EDWARD       :
YAKER, GREGORY WORTHAM and DAVID L.           :
JOHNSON,                                                                           :
                                                                                              :
                        Defendants.                                                 :
------------------------------------------------------------------x

**NOTICE OF MOTION FOR AN ORDER DISMISSING THE
COMPLAINT WITH PREJUDICE AS TO THE FORMER
<u>DIRECTORS AND FOR RELATED RELIEF</u>**

**PLEASE TAKE NOTICE,** that upon the annexed affirmation and supporting papers (the "Motion"), defendants Gary Altman, Rhoda Brown, Estate of George Crethan, Saul Mildworm, Jack Raskin, David Smith and Edward Yaker (collectively, the "Former Directors") will move before the Honorable Denny Chin, United States District Judge, at the United States

0114201-035

District Court, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1020, New York, New York 10007, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss with prejudice the Complaint in the above-captioned adversary proceeding as to the Former Directors, and to grant such other relief as the Court deems just and proper.

Pursuant to the "so-ordered" memo endorsed scheduling letter, dated October 11, 2007 and filed October 15, 2007, any objection to the relief sought in the Motion shall be made in writing, filed with the Clerk's office and served on the undersigned so that it is received on or before October 30, 2007.

Dated: New York, New York
October 17, 2007

SCHWARTZ, LICHTENBERG LLP

By: /s/Barry E. Lichtenberg
Barry E. Lichtenberg (BL 9750)

420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 389-7818
Attorneys for Defendants
  Gary Altman
  Rhoda Brown
  The Estate of George Crethan
  Saul Mildworm
  Jack Raskin
  David Smith
  Edward Yaker

TO:
Bryan Cave LLP
Attorneys for Chapter 7 Trustee
1290 Avenue of the Americas
New York, New York 10104
Attn: Robert A. Wolf, Esq.

Wander & Associates, P.C.
641 Lexington Avenue, 21st Floor
New York, New York 10022
Attn: David Wander, Esq.

Loeffler Tuggey Pauerstein Rosenthal LLP
755 E. Mulberry, Suite 200
San Antonio, Texas 78212
Attn: Jonathan D. Pauerstein, Esq.

0114201-035                              3