

**MEMO ENDORSED**

Andrea K. Fisher, Esq.
Direct: (212) 541-2171
Fax: (212) 261-9871
akfisher@bryancave.com

November 29, 2007

VIA FACSIMILE 212-805-7906

The Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl St., Room 1020
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2007

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Shanghai
St. Louis
Washington, DC

And Bryan Cave,
A Multinational Partnership,
London

Re: Geltzer v. Altman et al., 07 CV 7852(DC)

Dear Judge Chin:

We represent Robert L. Geltzer, as the Chapter 7 Trustee (the "Trustee") of the Debtor 1st Rochdale Cooperative Group, Ltd (the "Debtor"), and as the Plaintiff in the above-referenced adversary proceeding originally commenced in the Bankruptcy Court for the Southern District of New York (the "Adversary Proceeding"). In his complaint (the "Complaint") in the Adversary Proceeding, the Trustee asserts claims for breach of fiduciary duty and avoidance of fraudulent conveyances against the various defendants. On October 19, 2007, Your Honor so ordered a stipulation withdrawing the reference of the Adversary Proceeding to the Bankruptcy Court, and the Adversary Proceeding is now pending before Your Honor.

We are writing this letter in accordance with Your Honor's individual practice rules, which require the arrangement of a pre-motion conference before making a motion, or alternatively, as per our November 28th conversation with your Law Clerk Lauren Handelsman, a letter indicating why the moving party does not believe a pre-motion conference is necessary.

The motion we intend to make is for an order (a) extending the time pursuant to Federal Rule of Civil Procedure 4(m) ("FRCP 4(m)"), as incorporated by Rule 7004(a) of the Federal Rules of Bankruptcy Procedure to serve the Complaint and accompanying summons (the "Summons") upon defendants Francis Connolly and Joan Ramer as Executors of the Estate of Allen Thurgood (the "Executors"); and (b) upon effective service of the Complaint with accompanying Summons upon the Executors and the filing of a Certificate of Service attesting to same, deeming the caption of the Adversary Proceeding henceforth amended to substitute Francis Connolly and Joan Ramer as Executors of the Estate of Allen Thurgood, in place of "John Doe 2 as Executor or Administrator of the Estate of Allen Thurgood," as

C046038/0189460/1457749.3

Judge Denny Chin
November 29, 2007
Page 2

Bryan Cave LLP

named defendants therein. At the time the Complaint was filed, the Trustee named "John Doe 2" as executor or administrator because at that time, the Trustee was unable to ascertain the identity of the executor or administrator of the Thurgood estate.

As this is a mere procedural motion and discovery in the Adversary Proceeding has not commenced as to any party, we respectfully request that Your Honor not require a pre-motion conference in the matter.

Respectfully submitted,

Andrea K. Fisher

cc:   Francis Connolly (via 1st class mail, as facsimile is not available)
      Joan Ramer (via 1st class mail, as facsimile is not available)
      M. David Distler, Esq. (via facsimile 212-268-5012)
      Barry Lichtenberg, Esq. (via facsimile 212-682-6511)
      David Wander, Esq. (via facsimile 212-751-6820)
      J.D. Pauerstein, Esq. (via facsimile 210-354-4034)

C046038/0189460/1457749.3

> This letter is treated as a motion to extend plaintiff's time to serve the defendants. The motion is granted; the time is extended 45 days.
>
> SO ORDERED.
>
> [signature] DJS 12/3/07