AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                                                      District of    New York

Robert L. Geltzer, as Chapter 7 Trustee for 1st
Rochdale Cooperative Group, LTD.,
        Plainitff,

**SUMMONS IN A CIVIL ACTION**

V.

Gary Altman, Rhoda Brown, "John Doe 1" as
Executor or Administrator of the Estate of George
Crethan, Saul Mildworm, Jack Raskin, David
Smith, Francis Connolly and Joan Ramer as
Executors of the Estate of Allen Thurgood,
Edward Yaker, Gregory Wortham and David L.
Johnson,
        Defendants.

CASE NUMBER:   07 CV 7852 (DC)

TO:   Francis Connolly
      1 Elk Lane
      South Setauket, New York 11720

      Joan Ramer
      301 East 48th Street
      New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      Robert A. Wolf, Esq.
      Bryan Cave, LLP
      1290 Avenue of the Americas
      New York, NY 10024

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                            DEC 0 5 2007

CLERK   */s/ Marcos Quintero*                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 10, 2007 |
| NAME OF SERVER (PRINT) Jennifer Pomper | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Francis Connolly 1 Elk Lane, South Setauket, NY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-13-07            *Jennifer Pomper*
         Date               Signature of Server

Bryan Cave LLP
1290 Avenue of the Americas, NY, NY 10104
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.