HAYNES AND BOONE LLP
153 East 53rd Street
Suite 4900
New York, NY 10022
(212) 659-7300
Kenneth J. Rubinstein (KR 1410)
Jonathan Pressment (JP 1819)
Attorneys for Francis Connolly and Joan Ramer as Executors of the Estate of Allen Thurgood

BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
Robert A. Wolf (RW 3419)
Andrea K. Fisher (AF 0150)
Counsel for Robert L. Geltzer, as Chapter 7 Trustee for 1st Rochdale Cooperative Group, Ltd.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re:

1ST ROCHDALE COOPERATIVE GROUP, LTD.

Debtor
------------------------------------------------------------ x

ROBERT L. GELTZER, as Chapter 7 Trustee for 1ST ROCHDALE COOPERATIVE GROUP, LTD.,

Plaintiff,

v.

GARY ALTMAN, RHODA BROWN, "JOHN DOE 1" AS EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF GEORGE CRETHAN, SAUL MILDWORM, JACK RASKIN, DAVID SMITH, FRANCIS CONNOLLY and JOAN KRAMER AS EXECUTORS OF THE ESTATE OF ALLEN THURGOOD, EDWARD YAKER, GREGORY WORTHAM and DAVID L. JOHNSON,

Defendants.

------------------------------------------------------------ x

Bankruptcy Proceeding Chapter 7
Case No. 05-12086 (PCB)

07 CV 7852 (DC)

STIPULATION AND ORDER EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT

IT IS HERBY STIPULATED AND AGREED by and between the respective undersigned counsel for plaintiff Robert L. Geltzer, as Chapter 7 Trustee for 1st Rochdale Cooperative Group, Ltd. (the "Trustee"), and for defendants Francis Connolly and Joan Ramer as Executors of the Estate of Allen Thurgood (collectively "Defendants"), as follows:

1. The firm of Haynes Boone hereby appears in this adversary proceeding as attorneys for the Defendants and has accepted service of the Summons and Complaint served in the adversary proceeding.

2. The time for the Defendants to serve a response to the Trustee's Complaint in this adversary proceeding is extended through and including January 31, 2008.

3. The Defendants irrevocably waive their right to assert any defense in this adversary proceeding which is based upon (i) lack of service and/or improper service of process upon the Defendants; and/or (ii) lack of personal jurisdiction over the Defendants.

4.  This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Moreover, signatures of the Stipulation sent by facsimile or electronic mail transmission shall be deemed the equivalent of original signatures.

AGREED AND STIPULATED TO:

| | |
|---|---|
| **BRYAN CAVE LLP**<br>Counsel for the Trustee | **HAYNES AND BOONE LLP**<br>Attorneys for Francis Connolly and Joan Ramer as Executors of the Estate of Allen Thurgood |
| By: _____<br>Robert A. Wolf (RW 3419) | By: _____<br>Jonathan Pressment (JP 1819) |
| 1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 541-2000 | 153 East 53rd Street<br>Suite 4900<br>New York, NY 10022<br>(212) 659-7300 |

SO ORDERED:
January 9, 2009
~~December ___, 2007~~
New York, New York

_____
HONORABLE DENNY CHIN
UNITED STATES DISTRICT COURT JUDGE