**SCHWARTZ, LICHTENBERG** LLP
*Attorneys at Law*

420 Lexington Avenue
Suite 2400
New York, New York 10170
(212) 389-7818
Facsimile (212) 682-6511

2900 Westchester Avenue
Suite 206
Purchase, New York 10577
(914) 696-5144
Facsimile (914) 696-5918

MEMO ENDORSED

RECEIVED FEB 25 2008 JUDGE CHIN'S CHAMBERS

February 21, 2008

VIA FACSIMILE TRANSMISSION
and REGULAR FIRST CLASS MAIL
Hon. Denny Chin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2008

Re: In re: 1st Rochdale Cooperative Group, Ltd.
Chapter 7 Case No. 05-12086 (PCB);
Robert L. Geltzer, as Chapter 7 Trustee (the "Trustee")
for 1st Rochdale Cooperative Group, Ltd. v. Gary Altman, et al.
Case No. 07-CV-07852 (DC)

Dear Judge Chin:

We are the attorneys for seven of the defendants in the above-noted action (collectively, the "Former Directors"). At the January 23, 2008 status conference, Your Honor directed that the Former Directors file their answer on or before February 29, 2008. I write to respectfully request that the Former Directors' time to answer be extended to March 26, 2008. The Trustee's attorneys have been notified and consent to this application.

I have met with the attorneys for the Trustee to discuss a possible settlement. The Trustee's attorneys now advise me that while the Trustee cannot, at this time, respond to the Former Directors' settlement proposal, they are willing to continue discussions. It is my expectation that in advance of March 26, I will know whether or not our discussions will bear fruit. In the meantime, to spare the Former Directors additional and perhaps unnecessary

Approved.
So Ordered.

USDJ 2/25/08

SCHWARTZ, LICHTENBERG LLP

Hon. Denny Chin
February 21, 2008
Page 2 of 2

expense, I respectfully request the March 26, 2008 adjournment.

    Thank you.

Respectfully submitted,

Barry E. Lichtenberg

BEL/ta

cc:  Robert A. Wolf, Esq. (via fax)
     Andrea Fisher, Esq. (via fax)
     Gary Altman
     Rhoda Brown
     Estate of George Crethan
     Saul Mildworm
     Jack Raskin
     David Smith
     Edward Yaker