HAYNES and BOONE LLP
153 East 53rd Street
Suite 4900
New York, NY 10022
(212) 659-7300
Kenneth J. Rubinstein (KR 1410)
Jonathan Pressment (JP 1819 )
Attorneys for Francis Connolly and Joan Ramer as Executors of the Estate of Allen Thurgood

BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
Robert A. Wolf (RW 3419)
Andrea K. Fisher (AF 0150)
Counsel for Robert L. Geltzer, as Chapter 7 Trustee for 1st Rochdale Cooperative Group, Ltd.

USDC
DOC
EL..       FILED
3/3/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re:

1ST ROCHDALE COOPERATIVE GROUP, LTD.

    Debtor

**Bankruptcy Proceeding Chapter 7
Case No. 05-12086 (PCB)**

------------------------------------------------------------ x

ROBERT L. GELTZER, as Chapter 7 Trustee for 1ST ROCHDALE COOPERATIVE GROUP, LTD.,

    Plaintiff,

v.

GARY ALTMAN, RHODA BROWN, "JOHN DOE 1" AS EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF GEORGE CRETHAN, SAUL MILDWORM, JACK RASKIN, DAVID SMITH, FRANCIS CONNOLLY and JOAN KRAMER AS EXECUTORS OF THE ESTATE OF ALLEN THURGOOD, EDWARD YAKER, GREGORY WORTHAM and DAVID L. JOHNSON,

    Defendants.

07 CV 7852 (DC)

------------------------------------------------------------ x

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Error! Unknown document property name.0189460/1461884.1

IT IS HERBY STIPULATED AND AGREED by and between the respective undersigned counsel for plaintiff Robert L. Geltzer, as Chapter 7 Trustee for 1st Rochdale Cooperative Group, Ltd. (the "Trustee"), and for defendants Francis Connolly and Joan Ramer as Executors of the Estate of Allen Thurgood (collectively "Defendants"), as follows:

1. The time for Defendants to answer or otherwise respond to the Trustee's Complaint in this adversary proceeding is extended through and including March 26, 2008; and

2. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Moreover, signatures of the Stipulation sent by facsimile or electronic mail transmission shall be deemed the equivalent of original signatures.

AGREED AND STIPULATED TO:

| BRYAN CAVE LLP | HAYNES and BOONE LLP |
| Counsel for the Trustee | Attorneys for Francis Connolly and Joan Ramer as Executors of the Estate of Allen Thurgood |

By: _____
Robert A. Wolf (RW 3419)
Andrea Fisher (AF 0150)

By: _____
Kenneth J. Rubinstein (KR 1410)
Jonathan Pressment (JP 1819)

1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

153 East 53rd Street
Suite 4900
New York, NY 10022
(212) 659-7300

Error! Unknown document property
name.0189460/1461834.1

SO ORDERED:

February ___, 2008
New York, New York

_____
HONORABLE DENNY CHIN
UNITED STATES DISTRICT COURT JUDGE

3/3/08

Error! Unknown document property
name.0189460/1461884.1