**SCHWARTZ, LICHTENBERG** LLP
*Attorneys at Law*

420 Lexington Avenue
Suite 2400
New York, New York 10170
(212) 389-7818
Facsimile (212) 682-6511

2900 Westchester Avenue
Suite 206
Purchase, New York 10577
(914) 696-5144
Facsimile (914) 696-5918

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2008

**MEMO ENDORSED**

March 18, 2008

VIA FACSIMILE TRANSMISSION
AND REGULAR FIRST CLASS MAIL
Hon. Denny Chin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

Re:    In re: 1st Rochdale Cooperative Group, Ltd.
       Chapter 7 Case No. 05-12086 (PCB);
       Robert L. Geltzer, as Chapter 7 Trustee (the "Trustee")
       for 1st Rochdale Cooperative Group, Ltd. v. Gary Altman, et al.
       Case No. 07-CV-07852 (DC)

Dear Judge Chin:

       We are the attorneys for seven of the defendants in the above-noted action (collectively, the "Former Directors"). I am pleased to inform Your Honor that Former Directors and plaintiff have reached a settlement in principal. In light of the settlement in principal, I respectfully ask that the time to file Former Directors' answer, which is currently due on March 26, 2008, be extended without date. Plaintiff's counsel has been advised of and consents to this application.

       Thank you.

*Application GRANTED. These seven defendants need not answer, but the settlement papers are to be submitted within thirty days hereof. SO ORDERED.*

*3/20/08*

Respectfully submitted,

Barry E. Lichtenberg

Barry E. Lichtenberg

BEL/ta
cc:    Andrea Fisher, Esq. (via fax)
       Former Directors

0114201-055