**BRYAN CAVE** MEMO ENDORSED

Direct: 212-541-2171
Fax: 212-261-9871
AKFisher@bryancave.com

May 15, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2008
```

VIA FACSIMILE 212-805-7906

Honorable Denny Chin
United States Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Geltzer v. Altman et al., 07 CV 7852(DC)</u>

Dear Judge Chin:

We represent Robert L. Geltzer, the Chapter 7 Trustee (the "Trustee") of the Debtor 1st Rochdale Cooperative Group, Ltd (the "Debtor"), and the Plaintiff in an adversary proceeding originally commenced in the Bankruptcy Court for the Southern District of New York, styled <u>Robert L. Geltzer, as Chapter 7 Trustee of 1st Rochdale Cooperative Group Ltd. v. Gary Altman, Rhoda Brown, "John Doe 1" as Executor or Administrator of the Estate of George Crethan, Saul Mildworm, Jack Raskin, David Smith, "John Doe 2" as Executor or Administrator of the Estate of Allen Thurgood, Edward Yaker, Gregory Wortham and David L. Johnson</u>, for breach of fiduciary duty and avoidance of fraudulent conveyances against certain of the defendants.

As previously reported to Your Honor, the Trustee has reached a settlement with Defendants Gary Altman, Rhoda Brown, the Estate of George Crethan, Saul Mildworm, Jack Raskin, David Smith, and Edward Yaker, all former directors of the Debtor (the "Former Directors Settlement") and a separate settlement with Defendant David Johnson (the "Johnson Settlement") (collectively the "Settlements"). With respect to the Settlements, the Trustee has received settlement payments and all parties have signed the settlement agreements.

The Trustee is in the process of drafting a motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure to have the Settlements approved by this Court (the "9019 Motions"). It is anticipated that the 9019 Motions will be filed next week. Your Honor had originally set May 20, 2008, as the date by which settlement papers with respect to the Former Directors' Settlement needed to be

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
London
Los Angeles
Milan
New York
Phoenix
Shanghai
St. Louis
Washington, DC

Bryan Cave International Trade
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS
www.bryancavetrade.com

Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Bryan Cave Strategies
A GOVERNMENT RELATIONS AND
POLITICAL AFFAIRS SUBSIDIARY
www.bryancavestrategies.com
Washington, DC
St. Louis

Honorable Denny Chin  
May 15, 2007  
Page 2

Bryan Cave LLP

filed. We respectfully request that your Honor extend that date until May 24, 2008, in order to allow the Trustee sufficient time to file and serve the aforementioned settlement papers on all creditors, as required by the Federal Rules of Bankruptcy Procedure.

In addition, I am writing Your Honor to request permission to waive and dispense with the requirements set forth in Rule 7.1(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York which require that any motion filed shall have an accompanying memorandum of law. The 9019 Motions do not present any novel issues of law, and moreover, included in the Applications, in support of the 9019 Motions, is the law upon which the Trustee relies. Accordingly, it respectfully submitted that a waiver of the Local Rule 7.1(a) requirement is appropriate under the circumstances.

Therefore, on behalf of the Trustee, I respectfully request that Your Honor (i) extend the time by which the settlement papers be filed to May 24, 2008; and (ii) waive the requirement that a separate memorandum of law be filed with the Settlement Motions.

If you have any questions, please feel free to contact me.

Respectfully,

Andrea K. Fisher

AKF

cc: Barry Lichtenberg, Esq.

*[Handwritten note:] Both requests are approved. SO ORDERED. USDJ 5/16/08*

C04603801B9460/1483746.1