BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
Robert A. Wolf (RW 3419)
Andrea K. Fisher (AF 0150)
rawolf@bryancave.com

*Counsel for Robert L. Geltzer, as
Chapter 7 Trustee for 1st Rochdale
Cooperative Group, Ltd.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

In re:

1ST ROCHDALE COOPERATIVE GROUP, LTD.

    Debtor

**Bankruptcy Proceeding Chapter 7
Case No. 05-12086 (PCB)**

------------------------------------------------------------ x

ROBERT L. GELTZER, as Chapter 7 Trustee for
1ST ROCHDALE COOPERATIVE GROUP, LTD.,

    Plaintiff,

  v.

GARY ALTMAN, RHODA BROWN, "JOHN DOE 1" AS EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF GEORGE CRETHAN, SAUL MILDWORM, JACK RASKIN, DAVID SMITH, FRANCIS CONNOLLY and JOAN KRAMER AS EXECUTORS OF THE ESTATE OF ALLEN THURGOOD, EDWARD YAKER, GREGORY WORTHAM and DAVID L. JOHNSON,

    Defendants.

**07 CV 7852 (DC)**

------------------------------------------------------------ X

### NOTICE OF THE TRUSTEE'S MOTION FOR AN ORDER APPROVING STIPULATION OF SETTLEMENT BETWEEN THE TRUSTEE AND GARY ALTMAN, RHODA BROWN, THE ESTATE OF GEORGE CRETHAN, SAUL MILDWORM, JACK RASKIN, DAVID SMITH, AND EDWARD YAKER PURSUANT TO <u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019</u>

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of Robert A. Wolf, Esq., dated May 21, 2008 (the "Affirmation"), Robert L. Geltzer, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, 1st Rochdale Cooperative Group, Ltd., by his Counsel, Bryan Cave LLP, has submitted this motion (the "Motion") to the Honorable Denny Chin, United States District Judge, at the United States District Court, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1020, New York, New York 10007, for an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving a Stipulation of Settlement ("Stipulation") entered into between the Trustee and Gary Altman, Rhoda Brown, Estate of George Crethan, Saul Mildworm, Jack Raskin, David Smith and Edward Yaker (collectively the "Former Directors"). A copy of the Stipulation is attached as Exhibit "A" to the Affirmation.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion shall be set forth in writing describing the basis therefor, filed with the Clerk's Office with a courtesy copy to Judge Chin's chambers and served on the undersigned so that it is received on or before June 9, 2008.

**PLEASE TAKE FURTHER NOTICE** that if an objection is filed, the Court will set a hearing on the Motion and such objection at a later date.

**PLEASE TAKE FURTHER NOTICE** that, no memorandum of law has been submitted herewith because pursuant to an endorsed letter of the Honorable Denny Chin, dated May 16, 2008, the requirement that the Trustee submit a memorandum of law in accordance with Rule 7.1(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts has been waived.

Dated: New York, New York
May 21, 2008

                        BRYAN CAVE LLP

                        *Counsel for Robert L. Geltzer,*
                        *as Chapter 7 Trustee of 1st Rochdale Cooperative Group, Ltd..*

                        By /s/ Robert A. Wolf
                        Robert A. Wolf, Esq. (RW 3419)
                        1290 Avenue of the Americas
                        New York, New York 10104
                        212-541-2000

To:

Those listed on the Service List, annexed as Exhibit "C" to the Affirmation.