UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

1st ROCHDALE COOPERATIVE GROUP, LTD.

                  Debtor.

Bankruptcy Proceeding Chapter 7
Case No. 05-12086 (PCB)

ROBERT L. GELTZER, as Chapter 7 Trustee for 1st ROCHDALE COOPERATIVE GROUP, LTD.,

                  Plaintiff,

    v.

GARY ALTMAN, RHODA BROWN, "JOHN DOE 1" AS EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF GEORGE CRETHAN, SAUL MILDWORM, JACK RASKIN, DAVID SMITH, FRANCIS CONNOLLY and JOAN KRAMER AS EXECUTORS OF THE ESTATE OF ALLEN THURGOOD, EDWARD YAKER, GREGORY WORTHAM and DAVID L. JOHNSON,

                Defendants.

07 CV 7852 (DC)

ECF Case

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Jonathan D. Pressment, dated May 27, 2008, the exhibits annexed thereto, and the accompanying memorandum of law, defendants Francis Connolly and Joan Ramer, as co-executors of the Estate of Allen Thurgood, by their attorneys, Haynes and Boone LLP, will move before the Honorable Denny Chin, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a date to be determined as convenient by the Court, for an order:

    1.      Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Counts Three and Four of the Complaint for failure to state a claim upon which relief may be granted; and

2.	Granting defendants such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, papers in opposition to defendants' motion, if any, are required to be served upon the undersigned so as to be received no later than June 10, 2008.

Dated: May 27, 2008

> HAYNES and BOONE, LLP
> *Attorneys for Defendants,*
> *Francis Connolly and Joan Ramer, as*
> *Executors of the Estate of Allen Thurgood*
>
> By: _____
> Kenneth J. Rubinstein (KR-1410)
> Jonathan D. Pressment (JP-1819)
> April L. Neave (AN-3899)
> 153 East 53rd Street, Suite 4900
> New York, New York 10022
> (212) 659-4980

To:	ECF Distribution List