✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

ROBERT L. GELTZER,
Plaintiff

V.

GARY ALTMAN et al.,
Defendants.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name                                      Bar Number

Address

City                State              Zip Code

Phone Number                                    Fax Number