UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>1st ROCHDALE COOPERATIVE GROUP, LTD.<br><br>Debtor. | Bankruptcy Proceeding Chapter 7<br>Case No. 05-12086 (PCB) |
| ROBERT L. GELTZER, as Chapter 7 Trustee for 1st ROCHDALE COOPERATIVE GROUP, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>GARY ALTMAN, RHODA BROWN, "JOHN DOE 1" AS EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF GEORGE CRETHAN, SAUL MILDWORM, JACK RASKIN, DAVID SMITH, FRANCIS CONNOLLY and JOAN RAMER AS EXECUTORS OF THE ESTATE OF ALLEN THURGOOD, EDWARD YAKER, GREGORY WORTHAM and DAVID L. JOHNSON,<br><br>Defendants. | 07 CV 7852 (DC)<br><br>ECF Case |

## DEFENDANTS JOAN RAMER AND FRANCIS CONNOLLY, AS CO-EXECUTORS OF THE ESTATE OF ALLEN THURGOOD, INITIAL DISCLOSURES PURSUANT TO RULE 26, F.R.C.P.

Defendants Joan Ramer and Francis Connolly, as co-executors of the Estate of Allen Thurgood (the "Estate of Thurgood"), by their attorneys, Haynes and Boone, LLP, for their Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, state as follows:

**F.R.C.P. 26(a)(1)(A)(i):**

The following individuals are likely to have discoverable information:

**Robert L. Geltzer, Esq.**
1556 Third Avenue
Suite 505
New York, New York 10128

N-18034_1.DOC

**Gary Altman**
572 Grand Street
New York, New York  10002

**Rhoda Brown**
444 Neptune Avenue, Apt. 3B
Brooklyn, New York  11224

**Saul Mildworm**
473 FDR Drive
Apartment K1805
New York, New York  10002

**Jack Raskin**
305 W. 28th Street
Apt. 9H
New York, New York  10001

**David Smith**
355 8th Avenue
Apt. 21F
New York, New York  10001

**Edward Yaker**
3980 Orloff Avenue
Apt. 11-C
Bronx, New York  10463

**Gregory L. Wortham**
311 E. Avenue C
Sweetwater, Texas  79556

**David L. Johnson**
2 Highview Avenue
Bernardsville, New Jersey  07924

**F.R.C.P. 26(a)(1)(A)(ii):**

The Estate of Thurgood is in possession of approximately 100 pages of documents comprised of bank records, corporate resolutions, internal memoranda, and various correspondence relating to the business affairs of 1st Rochdale Cooperative Group, Ltd.  Upon information and belief, the majority of documents relating to the subject matter of this action are in the possession, custody or control of plaintiff.

N-18034_1.DOC

**F.R.C.P. 26(a)(1)(A)(iii):**

Not applicable.

**F.R.C.P. 26(a)(1)(A)(iv):**

Not applicable.

**F.R.C.P. 26(a)(2):**

The Estate of Thurgood has yet to retain an expert witness in connection with this matter. The Estate of Thurgood will provide disclosure in accordance with the Federal Rules of Civil Procedure if, and when, it retains an expert.

This disclosure may be supplemented, revised or modified during the course of this action and shall be deemed supplemented, revised or modified by further disclosures made by the Estate of Thurgood during the course of this action, including during discovery.

Dated: July 11, 2008

                              HAYNES and BOONE, LLP
*Attorneys for Defendants Joan Ramer and Francis Connolly, as co-executors of the Estate of Allen Thurgood*

By: /s/ Jonathan D. Pressment
      Kenneth J. Rubinstein (KR-1410)
      Jonathan D. Pressment (JP-1819)
      April L. Neave (AN-3899)
      153 East 53rd Street, Suite 4900
      New York, New York 10022
      (212) 659-7300

To:    ECF Distribution List