UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>1st ROCHDALE COOPERATIVE GROUP, LTD.<br><br>　　　　　　　Debtor. | Bankruptcy Proceeding Chapter 7<br>Case No. 05-12086 (PCB) |
| ROBERT L. GELTZER, as Chapter 7 Trustee for 1st ROCHDALE COOPERATIVE GROUP, LTD.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GARY ALTMAN, RHODA BROWN, "JOHN DOE 1" AS EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF GEORGE CRETHAN, SAUL MILDWORM, JACK RASKIN, DAVID SMITH, FRANCIS CONNOLLY and JOAN RAMER AS EXECUTORS OF THE ESTATE OF ALLEN THURGOOD, EDWARD YAKER, GREGORY WORTHAM and DAVID L. JOHNSON,<br><br>　　　　　　　Defendants. | 07 CV 7852 (DC)<br><br>ECF Case |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.3(d) of the Local Civil Rules of this Court, Haynes & Boone, counsel for Defendants Francis Connolly and Joan Ramer, as co-executors of the Estate of Allen Thurgood, hereby informs the Court and all parties of its change of address, effective July 25, 2008 to:

> Haynes & Boone, LLP
> 1221 Avenue of the Americas
> 26th Floor
> New York, New York 10020-1089

-18764_1.doc

Dated: July 21, 2008

                                HAYNES and BOONE, LLP
                                *Attorneys for Defendants,*
                                *Francis Connolly and Joan Ramer, as*
                                *Executors of the Estate of Allen Thurgood*

By: _____
       Kenneth J. Rubinstein
       153 East 53rd Street, Suite 4900
       New York, New York 10022
       (212) 659-7300

To:    Robert A. Wolf, Esq.
       Bryan Cave LLP
       *Attorneys for Plaintiff*
       1290 Avenue of the Americas
       New York, New York 10104
       (212) 541-2000